# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| AMERICAN HOMES 4 RENT PROPERTIES EIGHT, LLC ISAOA, | * * * |
| Plaintiff, | * * |
| v. | * CV 115-068 |
| TRACY GREEN and all others, | * * * |
| Defendants. | * |

## O R D E R

On August 25, 2015, the Court granted Plaintiff's motion to remand and directed Plaintiff to provide a memorandum detailing its reasonable removal costs. (Doc. 12.) Since then, Plaintiff has provided a memorandum and an invoice indicating that it incurred $775.00 in legal fees as a result of removal. (Doc. 13.) However, given the redacted portion of Plaintiff's invoice, the Court can only determine the reasonableness of $725.00 of the requested $775.00. Accordingly, the Court **ORDERS** Defendant Tracy Green to pay $725.00 to Plaintiff **before December 4, 2015**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of October, 2015.

Honorable J. Randal Hall
United States District Judge
Southern District of Georgia